| | | | |
|---|---|---|---|
| Com. v. Poole | 10/07/2015 | 279 EAL (2015) | Denied | Pa.Super., 118 A.3d 450 |
| Com. v. Ranger | 09/29/2015 | 163 WAL (2015) | Denied | Pa.Super., 50 A.3d 243 |
| Com. v. Rascoe | 11/10/2015 | 349 MAL (2015) | Denied | Pa.Super., 121 A.3d 1121 |
| Com. v. Reddy | 09/29/2015 | 229 EAL (2015) | Denied | Pa.Super., 121 A.3d 1139 |
| Com. v. Robertson | 10/14/2015 | 468 EAL (2015) | Denied | Pa.Super., 125 A.3d 444 |
| Com. v. Rosen | 10/07/2015 | 488 MAL (2015) | Denied | Pa.Super., 122 A.3d 444 |
| Com. v. Rouse | 10/07/2015 | 439 EAL (2015) | Denied | Pa.Super., 122 A.3d 1133 |
| Com. v. Rugg | 09/29/2015 | 120 WAL (2015) | Denied | Pa.Super., 120 A.3d 387 |
| Com. v. Santiago | 09/29/2015 | 282 MAL (2015) | Denied | Pa.Super., 120 A.3d 1056 |
| Com. v. Schaffer | 11/03/2015 | 333 WAL (2015) | Denied | Pa.Super., 125 A.3d 446 |
| Com. v. Schirmer | 09/30/2015 | 231 MAL (2015) | Denied | Pa.Super., 116 A.3d 697 |
| Com. v. Simmons | 10/07/2015 | 403 EAL (2015) | Denied | Pa.Super., 122 A.3d 460 |
| Com. v. Simmons | 10/14/2015 | 513 MAL (2015) | Denied | Pa.Super., 122 A.3d 1129 |
| Com. v. Smith | 10/14/2015 | 157 WAL (2015) | Denied | Pa.Super., 121 A.3d 1118 |
| Com. v. Smith | 11/10/2015 | 423 MAL (2015) | Denied | Pa.Super., 121 A.3d 1144 |